IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF MARYLAND
SOUTHERN DIVISION

WARIS RAHIMI, and MIRWAIS HAKIM     )
                                     )
       Plaintiffs,                   )
                                     )
vs.                                  )     Case No.  8:18-cv-02036-CBD
                                     )
MID ATLANTIC PROFESSIONALS, INC.     )
                                     )
       Defendant.                    )
                                     )

### ORDER GRANTING JOINT MOTION FOR APPROVAL OF SETTLEMENT

AND NOW, this __19th__ day of __Sept.__, 2018, upon consideration of the Joint Motion for Approval of Settlement, it is hereby ORDERED AND DECREED that the Joint Motion is GRANTED.  Based on the representations by counsel set forth in the Joint Motion, the proposed Settlement Agreement and General Release represents a fair and reasonable compromise of the claims made in this case and settlement is approved.

This action is hereby dismissed in its entirety.  The dismissal is **with prejudice** as to Plaintiffs Waris Rahimi and Mirwais Hakim, as to all claims.  The Court shall retain jurisdiction to resolve any disputes relating to compliance with the terms of this Agreement.

**SO ORDERED**

Date: __9/19__, 2018       ENTERED: _____

                                    Honorable Charles B. Day

                                    United States District Court Magistrate Judge

4829-8373-6688.v2